**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL WISE,<br>Plaintiff,<br>v.<br>ECOMM MARKETPLACE, LLC,<br>Defendant. | CV 26-8628 PA (AJRx)<br>JUDGMENT |

Pursuant to the Court's October 7, 2026 Minute Order granting the Motion to Dismiss filed by defendant Ecomm Marketplace, LLC ("Defendant") and dismissing without leave to amend the 1st Amended Complaint filed by plaintiff Maxwell Wise ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. The action filed by Plaintiff is dismissed with prejudice; and
2. Defendant shall recover from Plaintiff its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: October 7, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE